**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| CHARLES SPECK JR. ) | | |
| 32107 Hamilton, Apt. 208 ) | | |
| Solon, OH 44139 ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | Case No. 1:10-cv-00263 | |
| v. ) | | |
| ) | Notice of Settlement | |
| DIVERSIFIED COLLECTIONS ) | | |
| SERVICES, INC. ) | | |
| 333 N. Canyons Parkway, Ste. 100 ) | | |
| Livermore, CA 94551, ) | | |
| ) | | |
| Defendant. ) | | |

**NOTICE OF SETTLEMENT**

NOW COMES the Plaintiff, CHARLES SPECK JR, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

September 7, 2010                    RESPECTFULLY SUBMITTED,

                                     By:   /s/ Peter Cozmyk_____
                                               Peter Cozmyk,
                                               Attorney for Plaintiff
                                               Ohio Registration No. 0078862
                                               Krohn & Moss, Ltd.
                                               3 Summit Park Drive
                                               Suite 140
                                               Independence, Ohio 44131
                                               phone: (323) 988-2400 x. 213
                                               fax: (866) 425-3459
                                               e-mail: pcozmyk@consumerlawcenter.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on September 7, 2010, I served Jennifer Kirby, Attorney for Defendant, 1 Prestige Place suite 700 Miamisburg, OH 45342, and JKirby@sdtlawyers.com with a copy of this document via ELECTRONIC MAIL.

                                               By:   /s/ Peter Cozmyk_____
                                                 Peter Cozmyk,
                                                 Attorney for Plaintiff