UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES SPECK, JR., | ) | Case No.: 1:10 CV 263 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| BUREAU OF COLLECTION RECOVER, | ) | |
| INC., *et al.,* | ) | |
| | ) | |
| Defendants | ) | |

Plaintiff's counsel has notified this court (ECF No. 12), that this matter has settled. The parties shall submit a dismissal entry to the court by October 15, 2010. It is therefore, not necessary that the action remain upon the calendar of the court.

IT IS ORDERED that this action is hereby closed. The court retains jurisdiction to vacate this Order to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
CHIEF JUDGE
UNITED STATES DISTRICT COURT

September 30, 2010