# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| CHARLES SPECK JR, | Case No.: 1:10-cv-00263 |
| Plaintiff, vs. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| DIVERSIFIED COLLECTION SERVICES INC., | |
| Defendant. | |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above referenced matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: 10/12/2010

/s/SOLOMON OLIVER, JR.
CHIEF JUDGE
UNITED STATES DISTRICT COURT